IN THE SUPREME COURT OF THE STATE OF DELAWARE

AQUAN HILTON,                         §
                                      §
        Defendant Below,              §  No. 308, 2025
        Appellant,                    §
                                      §  Court Below: Superior Court
        v.                            §  of the State of Delaware
                                      §
STATE OF DELAWARE,                    §  Cr. ID No. 2008002632 (N)
                                      §
        Appellee.                     §

Submitted:  October 3, 2025
Decided:    October 17, 2025

## ORDER

(1)    The Court issued a briefing schedule in this appeal on July 18, 2025; the appellant's opening brief was due September 2, 2025. The appellant did not file an opening brief. On September 4, 2025, the Chief Deputy Clerk sent a brief delinquency notice to the appellant. The appellant did not respond to the letter and did not file an opening brief.

(2)    On September 16, 2025, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed because the appellant had not filed an opening brief and appendix. On September 24, 2025, the Clerk's office received the certified-mail receipt indicating that the notice to show cause had been delivered on September 22. The appellant

having failed to respond to the notice to show cause within the required ten-day period or to file the opening brief, dismissal of this action is deemed unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:


*/s/ Collins J. Seitz, Jr.*
Chief Justice